&AO 245D    (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
OCT 3 1 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Supervised Release) |
| JOEL JEHOVA ALVAREZ-FENOCHIO(1) | (For Offenses Committed On or After November 1, 1987) |
| | CASE NUMBER: 07CR2225-W |
| | Gerald T McFAdden |
| | Defendant's Attorney |

**REGISTRATION No.** 92554198

THE DEFENDANT:

X    was found in violation based on his conviction    in 10CR0561-JM

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following allegation(s) and orders supervised release revoked.

| Allegation Number | Nature of Violation |
|---|---|
| One (nv1) | Committed Law Violation |

    The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

OCTOBER 31, 2011
Date of Imposition of Sentence

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

AO 245B   JUDGMENT IN A CRIMINAL CASE
         SHEET 2 - IMPRISONMENT

DEFENDANT:  JOEL JEHOVA ALVAREZ-FENOCHIO (1)  Judgment - Page 2 of 2
CASE NUMBER:  07CR2225-W

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 21 months of which 15 months are to be served consecutive with case 10CR0561-JM and 6 months to serve concurrent with 10CR0561-JM.

The court makes the following recommendation to the Bureau of Prisons:
Defendant be placed in a facility for treatment of his PTSD

## RETURN

I have executed this judgment as follows:

        Defendant delivered on _____ to _____

    at _____, with a certified copy of this judgment.

                                                                                              _____
                                                                                              UNITED STATES MARSHAL

                                                                                   By _____